IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNIE D. HARRIS                                         PLAINTIFF

VERSUS                                    CIVIL ACTION NO.4:07cv53-HTW-LRA

JACKIE KNIGHT, JAMES WATTS,
and RANDY PATT                                           DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for

consideration of dismissal.  Pursuant to the opinion and order

issued this day, it is hereby, ORDERED AND ADJUDGED that this

cause be dismissed without prejudice for failure to comply with

the orders of this court.

SO ORDERED AND ADJUDGED, this 27th day of August, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE